Carol L. **PIZZUTO**, Plaintiff–Appellant,

v.

Rebecca **RANDOLPH**; Richard Lucas; Main Street Financial Services Corporation; William Criswell; Kevin Gessler; Shawn R. Turak; The Honorable Scott R. Smith; City of Wheeling; John Doe, Defendants–Appellees.

No. 10–1209.

United States Court of Appeals, Fourth Circuit.

Submitted: June 1, 2010.

Decided: June 10, 2010.

Carol L. Pizzuto, Appellant Pro Se. Keith C. Gamble, Pullin, Fowler, Flanagan, Brown & Poe, PLLC, Morgantown, West Virginia, for Appellee.

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carol L. Pizzuto seeks to appeal the district court's February 9, 2010 "First Order and Notice Regarding Discovery and Scheduling". This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Pizzuto seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*